UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF MAY AND JUNE, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of May and June, 2009.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 08-14035  BEHNKE V. HIDDEN OAKS GROUP, INC.
2. 08-12795  WITMER V. ACUMENT GLOBAL TECHNOLOGIES, ET.AL
3. 08-12481  TOKARCZYK V. A. G. EDWARDS & SONS, ET.AL
4. 08-12431  GLANTON V. WAYNE COUNTY
5. 08-13374  JACKSON V. CERTAINTEED CORP.
6. 08-12882  GRAY V. CITY OF LINCOLN PARK, ET.AL
7. 08-13114  MILLER(DAKMAK) V. R.D. CHERRY, INC., ET.AL
8. 08-13501  HOWARD   V. WAYNE COUNTY SHERIFF'S OFFICE, ET.AL
9. 08-10740  MURRAY V. CHASE HOME FINANCE, ET.AL
10. 08-14408  FIREARMS EXCHANGE V. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
11. 08-13205 DISABLED PATRIOTS OF AMERICA V. GENERAL GROWTH PROPERTIES

          s/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated:  March 31, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2009, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**