IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUANNELIOUS MURRAY,**

       Plaintiff,                               Civil Action No. 2:08-cv-10740
                                                        Hon. Judge Patrick J. Duggan
v.                                            Magistrate Judge Virginia M. Morgan

**CHASE HOME FINANCE LLC,**

       Defendant.
_____/

| **ADAM G. TAUB & ASSOCIATES** | **CONNELLY, GROTH, ELOWSKY,** |
|---|---|
| **CONSUMER LAW GROUP, PLC** | **KELLEY, PAWLAK & SEGLUND** |
| By:   Adam G. Taub (P48703) | By:   Gerald A. Pawlak (P39181) |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| 18930 West 10 Mile Road, Suite 2500 | Chase Home Finance LLC |
| Southfield, Michigan  48075 | 2410 S. Commerce Road |
| Telephone:  (248) 746-3790 | Walled Lake, Michigan  48390 |
| adamgtaub@clgplc.net | Telephone:  (248) 624-4505 |
| | gpawlak@ccgs-law.com |

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, stipulate to entry of a proposed order dismissing the above action with prejudice and without costs or attorney fees to any party.

Stipulated and agreed to:

By:                                                                       By:

| /s/ Adam G. Taub | /s/ Gerald A Pawlak |
|---|---|
| Adam G. Taub (P48703) | Gerald A. Pawlak (P39181) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ADAM G. TAUB & ASSOCIATES | CONNELLY, GROTH, ELOWSKY, |
| CONSUMER LAW GROUP, PLC | KELLEY, PAWLAK & SEGLUND |
| 18930 West 10 Mile Road, Suite 2500 | 2410 S. Commerce Road |
| Southfield, Michigan  48075 | Walled Lake, Michigan  48390 |
| Telephone:  (248) 746-3790 | Telephone:  (248) 624-4505 |
| adamgtaub@clgplc.net | gpawlak@ccgs-law.com |
| Dated:  October 22, 2009 | Dated:  October 22, 2009 |

11472-G31-3422                                        1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUANNELIOUS MURRAY,**

    Plaintiff,   Civil Action No. 2:08-cv-10740
                                                   Hon. Judge Patrick J. Duggan
v.   Magistrate Judge Virginia M. Morgan

**CHASE HOME FINANCE LLC,**

    **Defendant.**
_____/

**FINAL
ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the stipulation of the parties, through their respective counsel, all claims against Chase Home Finance LLC are hereby dismissed with prejudice and without costs or attorney fees as to any party.

**SO ORDERED.**

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager